# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ANTHONY RAY THOMPSON, | : | No. 75 WM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MR. M. HOUSER, SUPERINTENDENT OF SCI BENNER, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Motions for Order "of Default and Order of Discharge" are DENIED.